IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

PEREGRINE SYSTEMS, INC., *et al.*

    Debtors.

---

| | |
|---|---|
| Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH, <br><br>    Appellant, <br><br>v. <br><br>PEREGRINE SYSTEMS, INC., *et al.*, <br><br>    Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 41-1325-SLR |

**NOTICE OF SUBSTITUTION OF COUNSEL**

        Peter H. Goldsmith (CA Bar No. 91294)
        Maureen A. Sheehy (CA State Bar No. 129859)
        Gregory P. Farnham (CA State Bar No. 118184)
        TOWNSEND AND TOWNSEND AND CREW LLP
        Two Embarcadero Center, 8th Floor
        San Francisco, CA  94111-3834
        (415) 576-0200
                and

        Kimberly E.C. Lawson (No. 3966)
        REED SMITH LLP
        1201 Market Street, Suite 1500
        Wilmington, DE  19801-1163
        (302) 778-7500

        Counsel for PEREGRINE SYSTEMS, INC.

Dated:  May 26, 2005

NOTICE IS HEREBY GIVEN that, effective immediately, Plaintiff Robert C. Friese, Trustee, Peregrine Litigation Trust, as successor in interest to Peregrine Systems, Inc., appellee in the above-captioned matter, hereby substitutes as its counsel of record R. Paul Yetter and Autry W. Ross of YETTER & WARDEN LLP, Two Houston Center 909 Fannin, Suite 3600, Houston, TX 77010, telephone: (713) 632-8000 and facsimile (713) 632-8002 in place of TOWNSEND AND TOWNSEND AND CREW, LLP, Two Embarcadero Center, 8th Floor, San Francisco, California 94111. Kurt F. Gwynne and Kimberly Lawson of REED SMITH LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801-1163, telephone (302) 778-7500, will remain on as counsel of record. Notices, pleadings, orders, rulings and any other documents served in this action should be directed to YETTER & WARDEN and REED SMITH at the above addresses.

Appellee, Robert C. Friese, Trustee, Peregrine Litigation Trust as successor in interest to plaintiff Peregrine Systems, Inc. consents to this substitution.

May 24, 2005

ROBERT C. FRIESE, TRUSTEE, PEREGRINE LITIGATION TRUST AS SUCCESSOR IN INTEREST TO PEREGRINE SYSTEMS, INC.

By _____
Robert C. Friese

Yetter & Warden accepts this substitution.

May ___, 2005

YETTER & WARDEN, LLP

By _____
Autry W. Ross

NOTICE IS HEREBY GIVEN that, effective immediately, Plaintiff Robert C. Friese, Trustee, Peregrine Litigation Trust, as successor in interest to Peregrine Systems, Inc., appellee in the above-captioned matter, hereby substitutes as its counsel of record R. Paul Yetter and Autry W. Ross of YETTER & WARDEN LLP, Two Houston Center 909 Fannin, Suite 3600, Houston, TX 77010, telephone: (713) 632-8000 and facsimile (713) 632-8002 in place of TOWNSEND AND TOWNSEND AND CREW, LLP, Two Embarcadero Center, 8th Floor, San Francisco, California 94111. Kurt F. Gwynne and Kimberly Lawson of REED SMITH LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801-1163, telephone (302) 778-7500, will remain on as counsel of record. Notices, pleadings, orders, rulings and any other documents served in this action should be directed to YETTER & WARDEN and REED SMITH at the above addresses.

Appellee, Robert C. Friese, Trustee, Peregrine Litigation Trust as successor in interest to plaintiff Peregrine Systems, Inc. consents to this substitution.

May ___, 2005

        ROBERT C. FRIESE, TRUSTEE, PEREGRINE
        LITIGATION TRUST AS SUCCESSOR IN
        INTEREST TO PEREGRINE SYSTEMS, INC.

        By _____
           Robert C. Friese

Yetter & Warden accepts this substitution.

May 24, 2005

        YETTER & WARDEN, LLP

        By _/s/ Autry W. Ross_____
           Autry W. Ross

Townsend and Townsend and Crew consents to this substitution.

TOWNSEND AND TOWNSEND AND CREW

Dated: May 24, 2005    By  _____
Peter H. Goldsmith (CA Bar No. 91294)
Maureen A. Sheehy (CA Bar No. 129859)
Gregory P. Farnham (CA Bar No. 118184)
TOWNSEND AND TOWNSEND AND CREW
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300