# FERRY, JOSEPH & PEARCE, P.A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

July 18, 2005

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  RE: Arthur Andersen Wirtschaftsprüfungsgesellschaft
    Steuerberatungsgesellschaft mbH v. Peregrine Systems, Inc. et al.
    <u>C.A. No.: 04-1325</u>

Dear Chief Judge Robinson:

  This Bankruptcy Appeal is pending on Your Honor's docket. The Reply Brief was filed on January 10, 2005.

  This letter is to advise the Court that effective June 16, 2005, Ernst & Young Revisions- und Treuhandgesellschaft mbH, Wirtschaftsprüfungsgesellschaft, Steuerberatungsgesellschaft f/k/a Arthur Andersen Wirtschaftsprüfungsgesellschaf Steuerberatungsgesellschaft mbH. ("AA WPG") changed its name to AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft ("AWT GmbH") pursuant to the laws of Germany.

The Honorable Sue L. Robinson
July 18, 2005
Page Two

If Your Honor has any questions regarding this matter counsel will be available at the convenience of the Court.

Respectfully,

THEODORE J. TACCONELLI

TJT/ald
cc: Clerk of Court
　　Paul E. Summit, Esq.
　　Utz P. Toepke, Esq.
　　John L. Morrell, Esq.
　　Kimberly E.C. Lawson, Esq.
　　R. Paul Yetter, Esq.
　　Mark C. Mazzarella, Esq.