IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

PEREGRINE SYSTEMS, INC., et al.,

    Debtors.

| | |
|---|---|
| AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH,<br><br>    Appellant,<br><br>v.<br><br>PEREGRINE SYSTEMS, INC., et al.,<br><br>    Appellees. | C.A. No. 04-1325 (SLR) |

### MOTION OF AW TREUHAND GMBH WIRTSCHAFTSPRÜFUNGSGESELLSCHAFT STEUERBERATUNGSGESELLSCHAFT, FOR RECONSIDERATION

Specially appearing AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft ("AWT"), formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH, by and through its undersigned counsel, pursuant to Fed. R. Bank. P. 8015 and D. Del. LR 7.1.4, hereby respectfully requests reconsideration of this Court's Memorandum Order of September 29, 2005 with regard only to this Court's affirmance of a portion of the "sanctions" assessed against AWT under 11 U.S.C. § 362(h) in the above-captioned appeal.

1

In support of this motion, AWT incorporates by reference its Memorandum In Support of Motion For Reconsideration filed simultaneously herewith.

WHEREFORE, AWT respectfully requests the entry of an Order reversing the Bankruptcy Court's Order on sanctions against AWT and granting such other and further relief as the Court deems just and proper.

FERRY, JOSEPH & PEARCE, P.A.

Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Paul E. Summit, Esq.
SULLIVAN & WORCESTER, LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800

-and-

Utz P. Toepke, Esq.
LAW OFFICES OF UTZ P. TOEPKE
70 W. Red Oak Lane
White Plains, NY 10604
(914) 697-4791

-and-

{B0329441; 3}

                    John Morrell, Esq.
                    HIGGS, FLETCHER & MACK, LLP
                    401 West "A" Street, Suite 2600
                    San Diego, CA 92101
                    (619) 236-1551

                    Counsel for AW Treuhand GmbH
                    Wirtschaftsprüfungsgesellschaft
                    Steuerberatungsgesellschaft,
                    formerly known as Arthur Andersen
                    Wirtschaftsprüfungsgesellschaft
                    Steuerberatungsgesellschaft mbH

Dated: October 11, 2005

## CERTIFICATE OF SERVICE

      I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this *Motion of AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, For Reconsideration* was made on October 11, 2005, upon the following parties in the manner indicated:

### BY HAND DELIVERY

Kimberly E.C. Lawson, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

### BY FIRST CLASS MAIL

R. Paul Yetter, Esq.
Autry W. Ross, Esq.
Yetter & Warden LLP
Two Houston Center
909 Fannin, Suite 3600
Houston, TX 77010

Evan C. Borges, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

      Under penalty of perjury, I declare that the foregoing is true and correct.

Theodore J. Tacconelli (No. 2678)