IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

PEREGRINE SYSTEMS, INC., et al.,

    Debtors.

| | |
|---|---|
| AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH,<br><br>    Appellant,<br><br>v.<br><br>Peregrine Systems, Inc.,<br><br>    Appellee. | C.A. No. 04-1325 (SLR) |

**STIPULATED ORDER TO STAY BRIEFING SCHEDULE ON MOTION FOR RECONSIDERATION BASED ON ANTICIPATED SETTLEMENT**

WHEREAS On October 11, 2005, Appellant AW Treuhand GMBH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH ("AWT") filed its motion for reconsideration (the "Motion") of this Court's September 29, 2005 Order (the "Order"), and

WHEREAS AWT and Appellee, Peregrine Litigation Trust as successor in interest to Peregrine Systems, Inc., stipulate that the motion should not be considered or further briefed because it will likely become moot upon the final documentation and court approval of a pending

{B0457049; 2}

class settlement. If for any reason the settlement is not finalized and approved, the parties will notify the Court and negotiate a reasonable briefing schedule;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. All matters pertaining to this appeal shall be stayed until the settlement is consummated or upon further order of the Court. Appellee shall not be required to file a response to the Motion at this time.

2. If the settlement is not consummated by March 31, 2006, then the parties shall notify the Court as to the status of the settlement process or request the Court to set an appropriate response deadline for the Response to the Motion.

3. The Appellee will not use or seek to enforce the Order in any way until the Court has ruled on the Motion (if necessary).

4. The Appellee agrees that it will not use or enforce the Court's September 29, 2005 Order in any way until the Court has ruled on Appellant's Motion.

Dated: October 28, 2005

                                               YETTER & WARDEN, LLP
                                               R. Paul Yetter, Esq.
                                               Autry W. Ross, Esq.
                                               909 Fannin, Suite 3600
                                               Houston, TX 77010
                                               Counsel for Appellee PEREGRINE SYSTEMS, INC.

                                               -and-

{B0457049; 2}

REED SMITH LLP

_/s/ Kurt F. Gwynne_

Kurt F. Gwynne, Esq. (No. 3951)
Kimberly E.C. Lawson, Esq. (No. 3966)
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
(302) 778-7500
Local Counsel for Appellee PEREGRINE SYSTEMS, INC.

FERRY, JOSEPH & PEARCE, P.A.

_/s/ Theodore J. Tacconelli_

Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Paul E. Summit, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston MA 02109
(617) 338-2800

-and-

Utz P. Toepke, Esq.
Law Office of Utz P. Toepke
70 W. Red Oak Lane
White Plains, NY 10604
(914)697-4791

-and-

3

{B0457049; 2}

> John Morrell, Esq.
> Higgs, Fletcher & Mack LLP
> 401 West "A" Street, Suite 2600
> San Diego, CA 92101
> (619) 236-1551
>
> Attorneys for Appellant AW Treuhand
> GmbH Wirtschaftsprüfungsgesellschaft
> Steuerberatungsgesellschaft,
> formerly known as Arthur Andersen
> Wirtschaftsprüfungsgesellschaft
> Steuerberatungsgesellschaft mbH

Dated: _____

                              SO ORDERED:

                              _____
                              The Honorable Sue L. Robinson, Chief Judge
                              United States District Court

{B0457049; 2}