IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

PEREGRINE SYSTEMS, INC., et al.,

    Debtors.

| | |
|---|---|
| AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH, <br><br>    Appellant, <br><br>v. <br><br>Peregrine Systems, Inc., <br><br>    Appellee. | C.A. No. 04-1325 (SLR) |

## SECOND STIPULATED ORDER TO STAY BRIEFING SCHEDULE ON MOTION FOR RECONSIDERATION BASED ON ANTICIPATED SETTLEMENT

WHEREAS On October 11, 2005, Appellant AW Treuhand GMBH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH ("AWT") filed its motion for reconsideration (the "Motion") of this Court's September 29, 2005 Order (the "Order"), and

WHEREAS, on October 28, 2005, AWT and Appellee, Peregrine Litigation Trust as successor in interest to Peregrine Systems, Inc., ("Parties") filed a Stipulated order To Stay Briefing Schedule On Motion For Reconsideration Based On Anticipated Settlement which was So Ordered by the Court on November 1, 2005 ("First Stay Order"), and

{B0457049; 2}

WHEREAS, pursuant to the First Stay Order, the Parties had until March 31, 2006 to consummate the anticipated settlement that would render the Motion moot or to notify the Court as to the status of the settlement process or to request the Court to set an appropriate response deadline for a response to the Motion; and

WHEREAS, the anticipated settlement has not yet been consummated due to some small procedural problems; and

WHEREAS, the Parties anticipate that the settlement will be consummated by the end of June, 2006; and

WHEREAS the parties further stipulate that the Motion should not be considered or further briefed because it will likely become moot upon the final documentation and court approval of a pending class settlement. If for any reason the settlement is not finalized and approved, the Parties will notify the Court and negotiate a reasonable briefing schedule;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. All matters pertaining to this appeal shall be stayed until the settlement is consummated or upon further order of the Court. Appellee shall not be required to file a response to the Motion at this time.

2. If the settlement is not consummated by July 14, 2006, then the parties shall notify the Court as to the status of the settlement process or request the Court to set an appropriate response deadline for a response to the Motion.

3. The Appellee agrees that it will not use or enforce the Court's September 29, 2005 Order in any way until the Court has ruled on Appellant's Motion.

Dated: March 27, 2006

>REED SMITH LLP
>
>*/s/ Kimberly E.C. Lawson*
>Kimberly E.C. Lawson, Esq. (No. 3966)
>1201 Market Street, Suite 1500
>Wilmington, DE 19801-1163
>(302) 778-7500
>
>-and-
>
>YETTER & WARDEN, LLP
>R. Paul Yetter, Esq.
>Autry W. Ross, Esq.
>909 Fannin, Suite 3600
>Houston, TX 77010
>
>Counsel for Appellee PEREGRINE SYSTEMS, INC.
>
>FERRY, JOSEPH & PEARCE, P.A.
>
>*/s/ Theodore J. Tacconelli*
>Theodore J. Tacconelli (No. 2678)
>824 Market Street, Suite 904
>P.O. Box 1351
>Wilmington, DE 19899
>(302) 575-1555
>
>-and-
>
>Paul E. Summit, Esq.
>Sullivan & Worcester LLP
>One Post Office Square
>Boston MA 02109
>(617) 338-2800
>
>-and-

{B0457049; 2}

Utz P. Toepke, Esq.
Law Office of Utz P. Toepke
70 W. Red Oak Lane
White Plains, NY 10604
(914)697-4791

-and-

John Morrell, Esq.
Higgs, Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101
(619) 236-1551

Attorneys for Appellant AW Treuhand
GmbH Wirtschaftsprüfungsgesellschaft
Steuerberatungsgesellschaft,
formerly known as Arthur Andersen
Wirtschaftsprüfungsgesellschaft
Steuerberatungsgesellschaft mbH

Dated: _____

SO ORDERED:

_____
The Honorable Sue L. Robinson, Chief Judge
United States District Court

{B0457049; 2}