IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| PEREGRINE SYSTEMS, INC., | ) |
| et al., | ) |
| | ) |
| Debtors. | ) |
| ------------------------------ | |
| | |
| ARTHUR ANDERSEN WIRTSCHAFTS- | ) |
| PRÜFUNGSGESELLSCHAFT STEUER- | ) |
| BERATUNGSGESELLSCHAFT mbH, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civ. No. 04-1325-SLR |
| | ) |
| PEREGRINE SYSTEMS, INC., | ) |
| et al., | ) |
| | ) |
| Appellees. | ) |

**O R D E R**

At Wilmington this 18th day of July 2006, having reviewed the parties' third stipulation to stay briefing on the motion for reconsideration based on anticipated settlement (D.I. 32);

IT IS ORDERED that:

1. The motion for reconsideration (D.I. 28) is denied without prejudice to renew.

2. The stay entered on November 1, 2005 in this appeal shall continue until settlement is consummated or upon further order of this court.

3. If settlement is not consummated by **December 15, 2006,** the parties shall file a joint status report with the court regarding the status of settlement negotiations or requesting that the court to remove the stay in this appeal and proceed with a renewed motion for reconsideration.

                                                                     _____
                                                                     United States District Judge