IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

PEREGRINE SYSTEMS, INC., et al.,

    Debtors.

---

| | |
|---|---|
| AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH, <br><br>     Appellant, <br><br> v. <br><br> Peregrine Systems, Inc., et al., <br><br>     Appellee. | C.A. No. 04-1325 (SLR) |

## JOINT STATUS REPORT

Appellant AW Treuhand GMBH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH ("AWT") and Appellee, Peregrine Litigation Trust as successor in interest to Peregrine Systems, Inc., (the "Parties"), by and through their undersigned counsel, hereby submit this joint status report, pursuant to this Court's July 18, 2006 Order (D.I. 33), and represent as follows:

As this Court is aware, the parties to this appeal have agreed in principle to resolve the issues raised in this appeal. However, this agreement is dependent upon the successful conclusion of certain proceedings in both state and federal court in California. Over the course of the last year a

global class action settlement agreement was put in place regarding the Federal class action, and the settlement between the parties in the State Court action was made dependent upon the proceedings in the Federal class action.

On November 15, 2006, the Federal Court approved the global class action settlement. The judgment has been officially entered in Federal Court, but there is a further thirty (30) day period which must run in order for the class action approval to be final, provided there are no appeals.

Counsel for Arthur Andersen LLP and other defendants have been pursuing a good faith approval process in the State Court action. These parties filed good faith settlement applications on December 1, 2006, just prior to a status conference in the State Court action.

At the December 1, 2006 status conference, the State Court entered an Order extending the stay in that action and scheduling a new hearing for January 12, 2007. Upon completion of the good faith settlement process in the State Court action, it is anticipated that dismissal of that action will be requested, consistent with the settlement agreement.

Further, by the time of the January 12, 2007 hearing, all time limits to appeal the judgment approving the settlement in the Federal class action, as well as the period during which the good faith settlement applications filed in the State Court action can be contested will have expired.

Accordingly, the parties herein would respectfully request that all matters before this Court in this appeal continue to be stayed and that parties shall submit a further joint status report or other paper regarding the settlement negotiations or this appeal on or before March 2, 2007.

[Signature pages follow]

Dated: December 15, 2006

        YETTER & WARDEN, LLP
        R. Paul Yetter, Esq.
        Autry W. Ross, Esq.
        909 Fannin, Suite 3600
        Houston, TX 77010
        Counsel for Appellee PEREGRINE SYSTEMS, INC.

        -and-

        REED SMITH LLP

        */s/*
        Kimberly E. C. Lawson, Esq. (No. 3966)
        Thomas J. Francella, Jr., Esq. (No. 3835)
        1201 Market Street, Suite 1500
        Wilmington, DE 19801-1163
        (302) 778-7500
        Local Counsel for Appellee PEREGRINE SYSTEMS, INC.

        -and-

        FERRY, JOSEPH & PEARCE, P.A.

        */s/*
        Theodore J. Tacconelli (No. 2678)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE 19899
        (302) 575-1555

        -and-

        Paul E. Summit, Esq.
        Sullivan & Worcester LLP
        One Post Office Square
        Boston MA 02109
        (617) 338-2800

        -and-

Utz P. Toepke, Esq.
Law Office of Utz P. Toepke
70 W. Red Oak Lane
White Plains, NY 10604
(914) 697-4791

-and-

John Morrell, Esq.
Higgs, Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101
(619) 236-1551

Attorneys for Appellant AW Treuhand
GmbH Wirtschaftsprüfungsgesellschaft
Steuerberatungsgesellschaft,
formerly known as Arthur Andersen
Wirtschaftsprüfungsgesellschaft
Steuerberatungsgesellschaft mbH

## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this *Joint Status Report* was made on December 15, 2006, upon the following parties in the manner indicated:

### BY HAND DELIVERY

Kimberly E.C. Lawson, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

### BY FIRST CLASS MAIL

R. Paul Yetter, Esq.
Autry W. Ross, Esq.
Yetter & Warden LLP
Two Houston Center
909 Fannin, Suite 3600
Houston, TX 77010

Evan C. Borges, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)