IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>PEREGRINE SYSTEMS, INC., )<br>et al., )<br>)<br>Debtors. )<br>----------------------------<br>)<br>ARTHUR ANDERSEN WIRTSCHAFTS- )<br>PRÜFUNGSGESELLSCHAFT STEUER- )<br>BERATUNGSGESELLSCHAFT mbH, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>PEREGRINE SYSTEMS, INC., )<br>et al., )<br>)<br>Appellees. ) | Civ. No. 04-1325-SLR |

**O R D E R**

At Wilmington this 20th day of December 2006, having reviewed the parties' joint status report requesting that the stay in this case continue (D.I. 34);

IT IS ORDERED that:

1. The stay entered on November 1, 2005 in this appeal and continued by the order dated July 18, 2006 shall continue until settlement is consummated or upon further order of this court.

2. If settlement is not consummated, the parties shall file a joint status report with the court by **March 2, 2007**

regarding the status of settlement negotiations in this appeal.

_____
United States District Judge