IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

PEREGRINE SYSTEMS, INC., et al.,

    Debtors.

---

| | |
|---|---|
| AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH, <br><br>     Appellant, <br><br> v. <br><br> Peregrine Systems, Inc., et al., <br><br>     Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1325 (SLR) ) ) ) ) ) |

### JOINT STATUS REPORT

Appellant AW Treuhand GMBH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH ("AWT") and Appellee, Peregrine Litigation Trust as successor in interest to Peregrine Systems, Inc., (the "Parties"), by and through their undersigned counsel, hereby submit this joint status report, pursuant to this Court's July 18, 2006 Order (D.I. 33), and represent as follows:

    The California state and federal proceedings have been settled as between the Parties herein.

    Based on this settlement and Appellant's dismissal of its proceedings in Germany, the Appellee, Peregrine Litigation Trust as successor in interest to Peregrine Systems, Inc., hereby

expressly waives its right to collect the sanctions imposed on Appellant, AWT in the Bankruptcy Court's Order, as revised by the District Court.

Accordingly, the parties herein respectfully request that the Court enter an order dismissing this appeal.

Dated: March 1, 2007

YETTER & WARDEN, LLP
R. Paul Yetter, Esq.
Autry W. Ross, Esq.
909 Fannin, Suite 3600
Houston, TX 77010
Counsel for Appellee PEREGRINE
LITIGATION TRUST, AS SUCCESSOR
IN INTEREST TO PEREGRINE
SYSTEMS, INC.

-and-

REED SMITH LLP

Kimberly E.C. Lawson (No. 3966)
J. Cory Falgowski (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
(302) 778-7500
Local Counsel for Appellee
PEREGRINE LITIGATION TRUST, AS
SUCCESSOR IN INTEREST TO
PEREGRINE SYSTEMS, INC.

-and-

2

FERRY, JOSEPH & PEARCE, P.A.

*[signature]*

Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555

-and-

Paul E. Summit, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston MA 02109
(617) 338-2800

-and-

Utz P. Toepke, Esq.
Law Office of Utz P. Toepke
70 W. Red Oak Lane
White Plains, NY 10604
(914) 697-4791

-and-

John Morrell, Esq.
Higgs, Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101
(619) 236-1551

Attorneys for Appellant AW Treuhand
GmbH Wirtschaftsprüfungsgesellschaft
Steuerberatungsgesellschaft,
formerly known as Arthur Andersen
Wirtschaftsprüfungsgesellschaft
Steuerberatungsgesellschaft mbH