IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

PEREGRINE SYSTEMS, INC., et al.,

    Debtors.

| | |
|---|---|
| AW Treuhand GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH, <br><br>     Appellant, <br><br> v. <br><br> Peregrine Systems, Inc., et al., <br><br>     Appellee. | C.A. No. 04-1325 (SLR) |

### STIPULATION OF DISMISSAL OF APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(c)(2)

Appellant AW Treuhand GMBH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft, formerly known as Arthur Andersen Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft mbH ("AWT") and Appellee, Peregrine Litigation Trust as successor in interest to Peregrine Systems, Inc., (the "Parties"), by and through their undersigned counsel, hereby stipulate that this appeal be dismissed pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), with each party to bear its own fees and costs incurred in this appeal and respectfully request that the Court enter an order dismissing this appeal.

Dated: March 1, 2007

        YETTER & WARDEN, LLP
        R. Paul Yetter, Esq.
        Autry W. Ross, Esq.
        909 Fannin, Suite 3600
        Houston, TX 77010
        Counsel for Appellee PEREGRINE
        LITIGATION TRUST, AS SUCCESSOR
        IN INTEREST TO PEREGRINE
        SYSTEMS, INC.

        -and-

        REED SMITH LLP

        _____
        Kimberly E.C. Lawson (No. 3966)
        J. Cory Falgowski (No. 4546)
        1201 Market Street, Suite 1500
        Wilmington, DE 19801-1163
        (302) 778-7500
        Local Counsel for Appellee
        PEREGRINE LITIGATION TRUST, AS
        SUCCESSOR IN INTEREST TO
        PEREGRINE SYSTEMS, INC.

        -and-

        FERRY, JOSEPH & PEARCE, P.A.

        _____
        Theodore J. Tacconelli (No. 2678)
        824 Market Street, Suite 904
        Wilmington, DE 19899
        (302) 575-1555

        -and-

Paul E. Summit, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston MA 02109
(617) 338-2800

-and-

Utz P. Toepke, Esq.
Law Office of Utz P. Toepke
70 W. Red Oak Lane
White Plains, NY 10604
(914) 697-4791

-and-

John Morrell, Esq.
Higgs, Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101
(619) 236-1551

Attorneys for Appellant AW Treuhand
GmbH Wirtschaftsprüfungsgesellschaft
Steuerberatungsgesellschaft,
formerly known as Arthur Andersen
Wirtschaftsprüfungsgesellschaft
Steuerberatungsgesellschaft mbH